UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARK ALLAN KOPP,

      Petitioner,

                                                      Case No. 1:04-cv-234

v

                                                      Hon. Wendell A. Miles

THOMAS BIRKETT,

      Respondent.

_____/


ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION


On January 10, 2007, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a

Report and Recommendation ("R & R") recommending that Mark Allan Kopp's petition for writ

of habeas corpus be dismissed.  Neither party has filed objections to the R & R.  The court,

having reviewed the R & R filed by the United States Magistrate Judge in this action, agrees

with the  recommended disposition contained in the R & R.  The petition is therefore dismissed.



      Entered this 26th day of March, 2007.



                                              /s/ Wendell A. Miles
                                         Wendell A. Miles
                                         Senior U.S. District Judge